FILED

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

JOHN BLAND, an individual,
and MARGARET BLAND, his wife,

Plaintiffs,

8:01-cv-1484-T-17EAJ

v. Case No.:

FREIGHTLINER, LLC, a foreign
corporation,

Defendant.
_______________________________/

# COMPLAINT

Plaintiffs, JOHN BLAND and MARGARET BLAND, his wife, sues Defendant, FREIGHTLINER, LLC., and state:

## General Allegations

1. Plaintiffs, JOHN BLAND and MARGARET BLAND, are residents of Polk County, Florida.

2. Defendant, FREIGHTLINER, LLC., is a foreign corporation registered to do business in Florida.

3. On or about April 19, 1999 Plaintiffs purchased a new 1999 Freightliner FL60, Showhauler 204 (the "Vehicle") from Defendant's agent, Western Ohio Freightliner, for $91,871.00, exclusive of fees and tax. Purchase of the Vehicle was evidenced by Purchase Order invoice # 5093 issued by Defendant's agent and financing for the purchase of the Vehicle was obtained from a third party lender ("Lender") pursuant to the Consumer Installment Loan and Security Agreement, copies of which are attached hereto as Plaintiffs' composite Exhibit "A."

4. Plaintiffs purchased the Vehicle for their own use and are not merchants in the business of buying and selling such vehicles.

5. Defendant, FREIGHTLINER, LLC, manufactured the Vehicle purchased by Plaintiffs.



6.    Defendant, through its agent, expressly warranted that the Vehicle was reasonably fit for its intended purpose and free of defects.  See, composite exhibit "A" attached hereto and Freightliner Owner's Warranty Information, a copy of which is attached hereto as Plaintiff's Exhibit "B."

7.    The Vehicle contains numerous and substantial defects; including but not necessarily limited to:

A.    The Vehicle experiences a severe vibration throughout the chassis of the Vehicle, while the Vehicle is both idling and throughout the entire range of normal operating speeds of the Vehicle.  The vibration makes it impossible to sleep within the Vehicle while the Vehicle is parked and idling.  Said vibration also makes normal operations of the Vehicle unbearable;

B.    The Vehicle fails to accelerate properly, evenly, or with regularity;

C.    The automatic transmission fails to properly shift, up or down, as required for normal operation of the Vehicle;

D.    The steering wheel and "front-end" fail to maintain alignment without continuous  adjustments not otherwise required of a new vehicle;

E.    The Vehicle's air-conditioning system fails to operate properly since the vent selector does not select vents, the defrost vents fail to close, and the floor vents generate little or no airflow, when selected;

F.    The Vehicle's cruise control fails to operate properly as it fails to accelerate during an incline, decelerate during a decline, or maintain a constant speed under normal conditions;

G.    The automatic water drain fails to operate.

8.    The defects as outlined above were not disclosed by Defendant's agent, evident or otherwise ascertainable by reasonable inspection by the Plaintiffs at the time the Plaintiffs purchased the Vehicle.

9.    Plaintiffs, JOHN BLAND and MARGARET BLAND, utilized and operated the Vehicle for its intended purpose.

10.    The Vehicle's defects, including but not necessarily limited to those listed in paragraph 7 above, have been timely reported to authorized agents of Defendant located both within and outside of Florida, beginning on or about April 26, 1999 and

continuing through January 11, 2001, resulting in approximately twenty-one (21) repair requests.

11. Despite the approximately twenty-one (21) repair requests by Plaintiffs to Defendant, the defects of the Vehicle, including but not necessarily limited to those listed in paragraph 6 above, have never been corrected.

12. As a direct result of the Vehicle's defects, including, but not necessarily limited to those contained in paragraph 7 above, Plaintiffs have suffered compensatory damages in an amount at least equal to the purchase price of the Vehicle together with incidental and consequential damages in excess of $30,000.00 for:

A. Repairs;

B. Sleeping accommodations;

C. Meals;

D. Missed employment/work opportunities;

E. Loan finance charges;

F. Insurance costs;

G. Improvements to the Vehicle.

13. In addition, Plaintiffs are also incurring continuous and on-going damages for the monthly installment payments to Lender for the loan on the Vehicle, plus interest charges.

14. Had Plaintiffs been aware of the Vehicle's defects at the time of purchase, Plaintiffs would not have purchased the Vehicle.

**COUNT I**
**RESCISSION**

15. This is an action for rescission of a contract for the purchase of a new motor vehicle.

16. Plaintiffs' reallege paragraphs 1-14 above.

17. The Vehicle failed as adequate consideration for the contract as it contains numerous and substantial defects that greatly affect both its value and the purpose for which it was intended.

18.     On or about January 24, 2001, Plaintiffs provided proper notice to Defendant of their intent to rescind the purchase of the Vehicle due to its numerous and unrepairable defects.  A copy of the Notice is attached hereto as Plaintiffs' Exhibit "C."

19.     In accordance with the Notice attached hereto as Plaintiffs' Exhibit "C," on or about January 24, 2001, Plaintiffs returned the Vehicle to Defendant's authorized agent, Freightliner of Tampa, LLC.

20.     Due to the nature of the defects of the Vehicle, including but not necessarily limited to those listed in paragraph 7 above, as well as ongoing damages for the payments on the loan for the purchase of the Vehicle, an accurate determination of all damages would be impossible to determine; thus Plaintiffs have no adequate remedy at law.

21.     Despite demand, Defendant has refused to refund the purchase price of the Vehicle and return the Plaintiffs to their precontract position.

WHEREFORE, Plaintiffs demand Judgment for rescission of the purchase of the Vehicle, ordering Defendant, FREIGHTLINER LLC, to refund the full purchase price of the Vehicle, including fees and taxes, as well as reimbursing Plaintiffs for all incidental and consequential damages incurred by Plaintiffs as a result of the Vehicle's defects.

## COUNT II
## REVOCATION OF ACCEPTANCE

22.     This is an action for revocation of acceptance of a new motor vehicle, as an alternative to Count I, pursuant to §672.711, Fla.Stat.

23.     Plaintiffs reallege paragraphs 1-14 above.

24.     The non-conformity of the Vehicle, including but not necessarily limited to the defects listed in paragraph 7 above, substantially impairs the value of the Vehicle as well as the purpose for which the Vehicle was intended.

25.     The Plaintiffs were induced to accept the Vehicle because the defects were not ascertainable upon reasonable inspection by Plaintiffs at the time of purchase.

26.     Plaintiffs promptly notified Defendant of the Vehicle's defects upon their discovery and were assured by Defendant, through Defendant's agent, that said defects would be cured.

27.     However, the defects have never been properly cured by Defendant.

28. Due to Defendant's numerous and continuous assurances that the Vehicle's defects would be cured, Plaintiffs' notification of revocation of acceptance to Defendants, dated January 24, 2001, was seasonable. A copy of the Notice is attached hereto as Plaintiffs' Exhibit "C."

29. Any change in the condition of the Vehicle, specifically but not necessarily limited to mileage incurred due to foreseeable and normal operations of the Vehicle, are due directly to Defendant's continued and repeated assurances that the Vehicle's defects would be cured, and therefore are chargeable to Defendant.

30. Plaintiffs claim statutory prejudgment interest on all amounts due them.

WHEREFORE, Plaintiffs demand judgment for revocation of acceptance of the Vehicle, ordering Defendant, FREIGHTLINER LLC, to refund the full purchase price of the Vehicle, including fees and taxes, as well as reimbursing Plaintiffs for all incidental and consequential damages incurred by Plaintiffs as a result of the Vehicle's defects, including, without limitation, all damages incurred by Plaintiffs related to the loan for the purchase of the Vehicle, plus costs and prejudgment interest on said sum.

## COUNT III
## BREACH OF EXPRESS WARRANTY

31. This is an action for money damages for breach of express warranty that exceed $15,000.00, as an alternative to Counts I and II.

32. Plaintiffs reallege paragraphs 1-14 above.

33. Defendant breached the express warranty by selling the Vehicle to Plaintiffs with numerous defects that substantially impair the value of the Vehicle and, therefore, make the Vehicle not fit for its ordinary and intended purpose.

34. As a result of the breach of express warranty by Defendant, Plaintiffs are entitled to the difference between the purchase price they paid for the Vehicle and the true, fair market value for the Vehicle, with its existing and continuing defects.

35. Because Plaintiffs timely reported all known defects in the Vehicle, including but not necessarily limited to those listed in paragraph 7 above, and Defendant undertook to repair, replace or correct said reported defects within the warranty period but failed to accomplish same, any time or mileage limitations contained in Defendant's warranty are inapplicable in this matter.

36.    Plaintiffs claim prejudgment interest on all amounts due them.


WHEREFORE, Plaintiffs request this Court enter judgment for damages for the difference between the purchase price and the fair market value of the Vehicle, as well as all incidental and consequential damages incurred by Plaintiffs as a result of the Vehicle's defects, plus costs and prejudgment interest on said sum.

GREGORY K. ATKINSON, ESQUIRE
Peterson & Myers, P.A.
2012 South Florida Avenue
Post Office Box 2451
Lakeland, Florida  33806-2451
Phone:  (863) 683-7567
Florida Bar No. 0359830
Attorney for Plaintiffs


F:\DEEANN\PLEADING\Bland.doc

Sweeney Truck Sales, Inc. dba
Western Ohio Freightliner

Center Point 70 Blvd., Dayton, Ohio 45424
Phone 1-937-233-0045 * Fax 1-937-233-0145

Invoice No. 5093

Sold To John W. Bland & Margaret J. Bland SS# 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 / 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 Date 4-19-99

Address 2823 Deerbrook Dr. Home Phone 941-646-2678

City, State, Zip Lakeland, FL 33811 (Polk County) Work Phone 813-914-8027

Year 1999 New [X] Used [ ] Make & Model Freightliner FL60/Show Hauler 204 Color

Stock [X] Ordered [ ] Stock No. 99001 Physical Serial / Vin # 1FV3GJBC1XH951281

| Qty. | Additional Equipment | Price |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total Options, Accessories & Equipment | |

| | |
|---|---|
| Price of Vehicle | 91,871.00 |
| Freight From Manufacturer | Inc. |
| Pre-delivery Prep | |
| Extended Warranty | |
| Total Options, Accessories & Equipment | |
| Equipment & Accessory Installation Charge | |
| Total Selling Price of Vehicle | |
| Less Trade In Allowance | |
| Applicable Taxes | |
| Florida Tax | 6650.00 |
| Title Fee | |
| Documentary Fee | 30.00 |
| 30 Day Tag Fee | |
| TOTAL PRICE OF VEHICLE | 98551.00 |
| Less 1st Deposit / Payment Date: 4-13-99 M/C | 1,000.00 |
| Less 2nd Deposit / Payment Date: | |
| Unpaid Balance This Order | |
| Add: Balance Owed on Trade In | |
| TOTAL BALANCE DUE AT DELIVERY | 97,551.00 |
| Less 3rd Payment Date: Certified Check | 8,882.00 |
| Unpaid Balance To Be Financed, Subject To Approval | 88,669.00 |

Financing Source Bank One

Loan Office Contact Person Jacque Johnson

Written Approval Attached? Yes [ ] Phone #

It is agreed, that neither Sweeney Truck Sales, Inc. nor the manufacture will be liable for failure to effect delivery. We, the Seller, hereby expressly disclaim all warranty, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and we neither assume nor authorize any other person to assume for us any liability in connection with the sale of the vehicle.

Signed X [signature]
I have read and understand the above disclaimer. (Purchaser)

Trade In Allowance Summary N/A

Make ______ Mileage ______ Year ______

Serial / Vin No. ______ Model ______

Trade In Allowance $ ______ Pay Off Amt. $ ______

Pay Off Date ______ Owed To ______

Person who verified pay off amount ______

Written conformation attached? Yes [ ]

Insurance Information

I will take care of my own insurance X [signature]

Before vehicle can move from our lot, we must have written confirmation of insurance coverage.

| Agent | Insurance Company | |
|---|---|---|
| Agent Phone | Date Verified | By |

WARRANTY

[ ] Sold As Is. I hereby make this purchase knowingly, without any warranty or representation as to condition, express or implied by this dealer or his agent

[X] New vehicle factory warranty as outlined by manufacturer

This order comprises the entire agreement pertaining to this purchase and no other agreement of any kind, verbal understanding or promise whatsoever, will be acknowledged.

This order is not valid unless signed and accepted by Dealer or his authorized representative

Approved X [signature] Date 4-19-99
Dealer or Authorized Representative
Western Ohio Freightliner

Accepted By Purchaser
Signed: X [signature] X [signature] Date 4-19-99

[ ] This vehicle is a special order and will be equipped with options and colors as requested ... ner. This vehicle order is non-cancelable and the deposit is non-refundabl... nderstand that my deposit is non-refundable. Signed ______

Exhibit "A"

**BANK ONE.**

Contract And Security Agreement
Simple Interest

Loan Number ____________ Date 4-19-99

In this Agreement, the words "you" and "your" mean the Borrower(s) who sign(s) it, the words "we", "us" and "our" mean Bank One, NA Creditor

**Credit Arranger**
You will use the proceeds of this loan to finance your purchase of the Property described below from the Seller, Sweeney Truck Sales who arranged for this extension of credit.

**Promise to Pay and Terms of Payment**
You promise to pay to our order the principal amount of $ 88,739.00 plus interest at the initial rate of 9.0 % per annum. The interest rate on this loan will be equal to the initial rate unless a Variable Rate box in the Truth-in-Lending Disclosure is checked. If a Variable Rate box is checked, the interest rate on this loan may vary from time to time and your Payment Schedule will change as indicated. We will earn interest from the date of this Agreement, or, if not, from ____________. Other fees described below will be added to the principal balance. Unless otherwise agreed or required by applicable law, payments and other credits will be applied in the following order: to (a) Finance Charges; (b) unpaid principal; and (c) late charges and other fees and charges.

## Truth-in-Lending Disclosure (The amount and cost of your loan)

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.011 % | $102,947.00 | $88,669.00 | $191,616.00 |

Your Payment Schedule will be:

| Number of Payments | Amount of Payments | | Payments are due |
|---|---|---|---|
| 240 | $798.40 | ☒ Monthly | beginning 5/19/99 |
| | $ | ☐ | |
| | $ | | |

☐ Variable Rate
The Annual Percentage Rate may increase or decrease if the weekly average rate on 3-month Certificates of Deposit over $100,000 as published by the Board of Governors of the Federal Reserve System for the week which includes the first business day after the fourteenth day of the month ("Index") changes. The Annual Percentage Rate may increase or decrease on the first day of each calendar quarter and, for that entire quarter, will be equal to the Index plus the margin [illegible] by us which is reflected in the initial rate. The Index changes monthly and is effective on the first calendar day of the next month. If the Index is no longer available, we may substitute another index and we will advise you of the new index. If this loan is secured by a mortgage on a one to four family dwelling, the maximum rate during the term of this loan is 25%.

If the Annual Percentage Rate varies there will be a change in the Payment Schedule noted above that will result in:

☐ More or fewer payments. For example, if your loan were for $5,000 at 14% for 48 monthly payments of $136.63 and the rate changed to 15% after 3 months, you would have to make 1.04 additional payments. Any additional payments will be payable at the same frequency as the scheduled payments and any partial payment will be payable with the last full payment.

☐ Higher or lower payment amounts. Payment amounts may change every five years on the anniversary of the first payment due date and will be adjusted to an amount which will repay the amount you owe us by the scheduled due date of the final payment. Changes occurring after the last payment change will result in more or fewer payments. Any additional payments will be payable at the same frequency as the scheduled payments and any partial payment will be payable with the last full payment. For example, if your loan were for $8,000 at 14% for 84 monthly payments, and the only rate change was to 15% after 3 months, your payment amount would increase from $149.92 to $156.70 after the 24th payment.

☐ A higher or lower final payment amount. For example, if your loan were for $6,000 at 14% for 60 monthly payments of $139.61 and the only rate change was to 15% after 3 months, your 60th and final payment would be $386.23.

CREDIT LIFE, DISABILITY AND/OR INVOLUNTARY UNEMPLOYMENT INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT

Credit Life: ___ for first borrower; ___ for second borrower; ___ for both borrowers; Premium $____
Credit Disability: ___ for first borrower; ___ for second borrower; ___ for both borrowers; Premium $____
Insurance Company Name and Home Office Address: ____

Term Life: ___ for first borrower; ___ for second borrower; ___ for both borrowers; Premium $____
Term Disability: ___ for first borrower; ___ for second borrower; ___ for both borrowers; Premium $____
Insurance Company Name and Home Office Address: ____

Involuntary Unemployment: ___ for first borrower; ___ for second borrower; Premium $____
Insurance Company Name and Home Office Address: ____

I want the credit insurance specified above ____ First Borrower
I want the credit insurance specified above ____ Second Borrower

Property Insurance: You may obtain property insurance from anyone you want that is acceptable to us. If you get the insurance from ____ you will pay $____ for ____ months coverage.

Security: You are giving us a security interest in the goods being purchased, and any money or property you've deposited with us. Assumption: This loan cannot be assumed.

Late Charge: If a payment is not received within 10 days after it is due, you will be charged a fee of five percent (5%) of that scheduled payment, not to exceed $25.

Prepayment: If you pay off early, you may have to pay a penalty. You will not receive a refund of any prepaid finance charges you may have paid. See the other terms and conditions of this Agreement and other related documents for information about nonpayment, default, acceleration, insurance, and prepayment penalties.

[illegible fine print] "e" means an estimate

**Itemization of the Amount Financed:**
The following amounts were paid to others on your behalf:

| | | |
|---|---|---|
| (a) | To Sweeney Trucks | $ 88,669.00 |
| | To Public Officials for: | |
| (b) | License fee | $ |
| (c) | Certificate of Title fee | $ |
| (d) | Registration fee | $ |
| (e) | Filing fee for security interest | $ |
| | To Insurance Companies for: | |
| (f) | Life insurance | $ |
| (g) | Disability insurance | $ |
| (h) | Property insurance for a term of | $ |
| (i) | Mechanical breakdown protection (term) ____ mos | $ |
| (j) | Involuntary unemployment insurance | $ |
| | To Others for: | |
| (k) | Documentary service charge to Seller | $ 70.00 |
| (l) | Loan Fee to Creditor | $ |
| (m) | To | $ |
| (n) | Prepaid Finance Charges | -$ 70.00 |
| (o) | Total Amount Financed | $ 88,669.00 |

**Purchase Breakdown:**

| | | |
|---|---|---|
| (1) | Cash Price (including tax and equipment) | $ 98,551.00 |
| (2) | Cash Down payment $ 9,882.00 | |
| | Net Trade-in Allowance $ | |
| | Total Downpayment | -($ 9,882.00) |
| (3) | Unpaid Balance of Cash Price to be financed | $ 88,669.00 |

**Property Description:**
Year 1999
Make Freightliner RV Hauler
Model FL60
Ser. No. 1FV3GJBC1XH951281
Motor No.

**COSIGNER:** Read the important information contained in the NOTICE TO COSIGNER before you sign this Agreement.

You have read this Agreement, agree to its terms and acknowledge receipt of a completely filled in copy.

| | |
|---|---|
| Signature X [signature] | Signature |
| Type or print name John W. Bland | Type or print name |
| Address 2823 Deerbrook Dr. | Address |
| City Lakeland State FL Zip 33811 | City State Zip |
| Signature [signature] | Signature |
| Type or print name Margaret F. Bland | Type or print name |
| Address Same | Address |
| City State Zip | City State Zip |

The terms of this Agreement are contained on both sides of this page and on the attached document(s).

BANK COPY – Blue DUPLICATE BANK COPY – Canary CUSTOMER COPY – Pink INSURANCE COPY – Goldenrod

I certify that this is a true copy of an original signed loan agreement. [signature]

DEBORAH J DENSON
Notary Public, State of Ohio
My Commission Expires 2-22-02

**Borrowers**

You agree that you are fully responsible for payment of this Agreemer [illegible] il another person signs it as Borrower. We do not have to notify you when a [illegible] ent is not made, can waive any of the terms of this Agreement, and can [illegible] any collateral without notifying you or releasing you from your responsibilities under this Agreement.

**Security**

By signing this Agreement you give us a security interest in the property you are buying which is described in the Property Description section of this Agreement. You agree that you will not sell or lease it without our written consent. You will keep the Property in good condition and will not use it for any unlawful purpose. You agree that Bank One may retain its security interest in the Property until the entire balance owing on this Agreement, including any insurance premiums, plus finance charges thereon, and any additional charges and fees, are paid. You will pay any taxes due on the Property and will advise us in writing if you move or if the Property will be kept at some other address.

**Additional Security Interest**

If we finance any property insurance or credit insurance in connection with this loan you give us a security interest in any insurance proceeds or refund of premiums. We may apply such amount to the balance owing on your loan, or, at our option, we may use any insurance proceeds to repair the Property.

**Credit Insurance**

You do not have to buy life, disability or involuntary unemployment insurance with this loan. But if you qualify and want insurance, we will obtain it for you. You should check your policy or certificate of insurance for details concerning coverage. In some instances, your insurance coverage may not be sufficient to meet the contractual obligations of this Agreement. Credit insurance will be applicable to this Agreement if it is so marked on the reverse side. Each type of coverage selected will be provided subject to acceptance by the insurance company selected by us. Credit insurance covers only the Borrower(s) who sign(s) the request for such insurance. The premium amount is indicated for each type of insurance to be purchased. The terms of such insurance will begin on the date of this Agreement and will end on the originally scheduled maturity date. Within 30 days, the insured Borrower(s) will receive a certificate or policy of insurance more fully describing the coverage provided. If the indebtedness under this Agreement is prepaid in full, a refund of insurance premiums will be made where due provided the insured Borrower(s) make(s) application for a refund, where necessary

**Property Insurance**

You agree to keep the Property fully insured in our favor against fire, theft, loss, damage and other risks customarily insured against for property of that kind, with a deductible amount satisfactory to us.

You may obtain this insurance through any insurance company of your choice; however, we have the right not to accept that company for reasonable cause. You agree to cause that company to name us as "loss payee", and you authorize us as your attorney-in-fact to make and settle insurance claims and to endorse and collect insurance proceeds. You agree that we may, at our option, apply any insurance proceeds collected by us to either (i) the repair and restoration of the Property or (ii) the then-outstanding balance on your loan.

If you do not keep such Property insured and/or fail to supply us with evidence of that insurance naming us as "loss payee", we can, if we choose obtain insurance to fully protect our interests in amounts sufficient to cover the entire balance of your loan without notifying you.

We can, at our option, (a) require you to immediately reimburse us for the established premium for such insurance and other costs we incur or (b) add that amount directly to the principal balance of this agreement and then either (i) reamortize the then-outstanding balance over the remaining term of this agreement, (ii) include that amount with your regularly scheduled payments during the period of time the insurance coverage is in effect, or (iii) include that amount with your final scheduled payment.

**Receipt of Payment**

Any payment received by us will be credited no later than our next business day

**Early Repayment**

You may make a partial prepayment of any amount at any time, but you will still be required to make all scheduled payments when due. If you repay your loan in full before seventy-five percent (75%) of the scheduled payments are due, you will pay a prepayment charge of $150, in addition to all interest, other fees, and amounts due under this Agreement. We will make no refund of $1 or less.

**Returned Payment Charge**

If any payment you make is returned unpaid by the paying institution, you will be charged a fee of $22.00

**Deferral Provision**

If you request and agree to pay a deferral fee, we may, at our option, postpone a payment, without the assessment of a late charge. We will, however, continue to earn interest on the unpaid principal balance. Any such postponement will not result in an extension of any insurance coverage under this Agreement

**Additional Charges and Fees**

You will be assessed additional charges or fees for late payments returned payments, early payoffs, and other items as set forth in this Agreement, which includes the Truth-in-Lending Disclosures on the other side of this Agreement. These charges will be added to the amount you owe us, but we will not earn interest on them

You understand and agree that some payments to third parties as a part of this Agreement may involve money retained by us or paid back to us as commissions or other remuneration.

**Right of Setoff**

We have the right to take money that you've deposited with us such as in your savings or checking accounts to cover any amounts due on your loan if it is not paid when due or if you break any of your promises. We can do this without prior notice to you

**Entire Balance Due**

If you are in default under this Agreement, you agree that, without our giving you advance notice, we can require that the entire amount owed on your loan including any insurance premiums, finance charges thereon, and any additional charges or fees, be paid at once, or we can require more security. The term "default" means that you have not kept your promises under this Agreement. You will be in default if (a) you do not pay your debts to us as they become due, or (b) you die, or (c) you break any promise under this Agreement or under any security instrument signed in connection with this Agreement, or (d) you conceal or transfer any of the Property which secures this loan with intent to delay or defraud us, or (e) while you are insolvent you permit a creditor to obtain a lien on any of the collateral for this loan which is not released within 30 days, or (f) you make an assignment for the benefit of creditors, apply for the appointment of a receiver or trustee for yourself or for a substantial part of your assets, or commence any proceeding under any bankruptcy, reorganization, arrangement or liquidation law, or any such proceedings are commenced by a creditor and remain undismissed for 30 days, or (g) anyone tries by legal process to take any money of yours in our possession, or (h) the collateral is threatened with or subject to levy, attachment condemnation or forfeiture proceedings

**Acceleration**

In the event that any two successive regular payments on this loan do not result in a reduction of the principal balance outstanding, we may, at our option require you to pay the entire balance including interest and fees, immediately. After this Agreement becomes due and payable, whether at maturity, by acceleration or otherwise the interest rate on the outstanding principal sum and accrued interest will be the interest rate stated on the reverse side plus five percent (5%) per annum, not to exceed usury

**Repossession and Sale**

If we require you to pay the amount you owe us at once, you agree to deliver all or any part of the Property to us at such place and at such time as we request or we may repossess it without giving you any advance notice. We are not responsible for any property not covered by this Agreement which may be repossessed with the Property. After you have delivered the Property covered by this Agreement to us, or after we have repossessed it, we may sell it. We will give you at least 10 days notice of the time and place of sale. We will apply the proceeds of the sale to the reasonable expenses of retaking, holding, preparing for sale, selling and the like. If the proceeds are not enough to cover these costs and the amount you still owe us on your loan, you will have to pay the difference. You are entitled to any excess, if the sale proceeds are more than these costs and the amount you owe us on your loan.

**Other Rights**

We can delay enforcing any of our rights under this Agreement without losing them. We can excuse one Borrower from certain responsibilities any number of times without losing the rights against you or any other Borrower. We can also enforce this Agreement against your heirs or legal representatives. Unless prohibited by law, you shall pay all reasonable attorney fees, court and collection costs incurred by us as a result of your default, including default occurring as the result of the filing of a bankruptcy petition by, or against, you.

**Applicable Law**

This Agreement shall be governed in accordance with the laws of the State Of Ohio

## Notice

**Any holder of this consumer credit contract is subject to all claims and defenses which the debtor could assert against the seller of goods or services obtained pursuant hereto or with the proceeds hereof. Recovery hereunder by the debtor shall not exceed amounts paid by the debtor hereunder. If you are buying a used motor vehicle, the information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in that contract of sale.**

## Third Party Agreement

For the purposes of the provision within this enclosure, "I," "me," or "my" means the person signing below, and "you" means the Bank One affiliate identified on the reverse side.

I agree to give you a security interest in the Property described on the reverse side. I agree to the terms of this loan and security agreement but I am in no way personally liable for payment of the debt. This means that if the Borrower defaults, my interest in the Property may be used to satisfy the Borrower's debt. I agree that you may, without releasing me or the Property from this Third Party Agreement, and without notice and demand upon me: extend new credit to any Borrower, renew or change this loan and security agreement one or more times and for any term, fail to perfect your security interest, and impair or release any security (including guaranties) for the obligations of any Borrower.

**I HAVE RECEIVED A COMPLETED COPY OF THIS CONSUMER INSTALMENT LOAN AND SECURITY AGREEMENT.**

Name ______________________________

X ______________________________

## NOTICE TO COSIGNER

You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs, which increase this amount.

The creditor can collect this debt from you without first trying to collect from the borrower. The creditor can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become a part of your credit record.

Signing this Agreement makes you liable for the debt.

© 1993 BANC ONE CORPORATION
© 1993 Bankers Systems, Inc. St. Cloud MN (1-800-397-2341) Form BO-CILSA-OH 5/7/97



FREIGHTLINER

# OWNER'S WARRANTY INFORMATION

Exhibit "B"

WARRANTY COVERAGE BUSINESS CLASS/ENGINE EXEMPT
VEHICLE IDENTIFICATION NUMBER 1FV3GJBC1XH951281
DATE OF MANUFACTURE 07/98

PLEASE REFER TO TABLE OF CONTENTS TO FIND APPROPRIATE PAGE FOR SPECIFIC DETAILS OF YOUR WARRANTY COVERAGE.

PART NO. 24-00617-040 REV E

## Table of Contents

Freightliner New Vehicle Warranty—On-Highway . . . . . 3
Freightliner New Vehicle Warranty—On/Off-Highway (Includes All-Wheel Drive) . . . . . 4
Freightliner New Vehicle Warranty—Off-Highway . . . . . 5
Freightliner New Vehicle Warranty—Business Class (Includes All-Wheel Drive) . . . . . 6
Freightliner New Vehicle Limited Warranty . . . . . 7
Purchaser's Exclusive Remedy . . . . . 8
Limitation on Liability . . . . . 8
Exceptions to Normal Warranty Guidelines . . . . . 9
Exclusions from Warranty . . . . . 10
Modifications to Original Equipment . . . . . 12
Transfer of Warranty . . . . . 12
Change of Customer Registration Information . . . . . 13
Product Improvement . . . . . 13
Owner's Warranty Responsibilities . . . . . 13
Mercedes-Benz Emission Control System Warranty—Business Class . . . . . 14

## Important Notice

Before you take delivery of your new Freightliner vehicle, your Dealer must complete a pre-delivery service to ensure that the new vehicle is road-ready. The Pre-Delivery Service and Owner's Warranty Registration form must be completed and signed by you and the dealer and mailed to Freightliner on the date of in-service to ensure that the vehicle is warranty registered. Be sure to supply complete name, street address, city, state/province, and zip/postal code. NO WARRANTY CLAIMS WILL BE PAID UNTIL THE SIGNED FORM IS RECORDED BY FREIGHTLINER. This information is required for compliance with federal regulations.

Freightliner reserves the right, at any time, to change any or all of the provisions of this book.

If you have questions regarding the warranty coverage of your vehicle, or the location of the nearest Freightliner Dealer, please call our Customer Assistance Center at 1-800-FTL-HELP (385-4357).

# Freightliner New Vehicle Warranty

| ON-HIGHWAY | 1 Year or 100,000 mi/ 161 000 km | 3 Years or 300,000 mi/ 483 000 km | 5 Years Unlimited | 6 Years or 750,000 mi/ 1 207 000 km |
|---|---|---|---|---|

### Basic Vehicle Warranty

Unless excluded elsewhere in the warranty or described as having longer time and distance limitations, all components of the basic vehicle are covered under the basic vehicle time and distance limitations. Includes: drivelines and U-joints.

### Drivetrain Components

Includes transmission (excluding Allison transmissions); drive axles (differential assemblies, axle shafts and axle housings); steering axle (beam, spindles, kingpins and kingpin bearings); and steering arm. Excluded: drivelines and U-joints.

### Cab Structure and Sheet Metal (Conventional Hoods)

Includes cab structural components and sheet metal panels.

### Cab Corrosion

Warranted against rust-through or perforation due to corrosion from within. Excluded: surface rust caused by chips or scratches in the paint.

### Frame Rails and Crossmembers

Includes frame rails, attaching crossmembers and gussets due to breaking or cracking.

10/05/95 1040198b

ON-HIGHWAY

## Category 1 Applications

- 100% on highway (well-maintained gravel, concrete, or asphalt)
- Van or flatbed operation
- 80,000 lbs/36 288 kgs or less GCW
- Up to and including 35,000 lbs/15 876 kgs mfr's GVW rating on 2-axle units
- Up to and including 54 000 lbs/24 494 kgs mfr's GVW rating on 3-axle units

## Category 2 Applications—Rough Service

- General freight, 100% on highway (rough surface, concrete or asphalt)
- Up to 10% off highway (well-maintained gravel roads)
- 140,000 lbs/63 504 kgs or less GCW
- Up to and including 39 000 lbs/17 690 kgs mfr's GVW rating on 2-axle units
- Up to and including 60,000 lbs/27 216 kgs mfr's GVW rating on 3-axle units
- Up to and including 70,000 lbs/31 752 kgs mfr's GVW rating on 4-axle units

NOTE: New York turnpike doubles are to be rated at 143,000 lbs/64 865 kgs GCW

ON/OFF-HIGHWAY

# Freightliner New Vehicle Warranty

| ON/OFF-HIGHWAY (INCLUDES ALL-WHEEL DRIVE) | 1 Year or 100,000 mi/ 161 000 km | 2 Years or 100,000 mi/ 161 000 km | 3 Years or 150,000 mi/ 241 000 km | 5 Years Unlimited | 5 Years or 300,000 mi/ 483 000 km |
|---|---|---|---|---|---|

**Basic Vehicle Warranty**

Unless excluded elsewhere in the warranty or described as having longer time and distance limitations, all components of the basic vehicle are covered under the basic vehicle time and distance limitations. Includes: drivelines and U-joints.

**Drivetrain Components**

Includes transmission (excluding Allison transmissions); drive axles (differential assemblies, axle shafts and axle housings); steering axle (beam, spindles, kingpins and kingpin bearings); steering arm and transfer case on all-wheel drives. Excluded: drivelines and U-joints.

**Cab Structure and Sheet Metal (Conventional Hoods)**

Includes cab structural components and sheet metal panels.

**Cab Corrosion**

Warranted against rust-through or perforation due to corrosion from within. Excluded: surface rust caused by chips or scratches in the paint.

**Frame Rails and Crossmembers**

Includes frame rails, attaching crossmembers and gussets due to breaking or cracking.

10/05/95 '0401996

## Category 3 Applications—Severe Service

- Up to 25% off highway on rough roads
- 140,000 lbs/63 504 kgs or less GCW
- Up to and including 46 000 lbs/20 866 kgs mfr's GVW rating on 2-axle units
- Up to and including 66 000 lbs/29 938 kgs mfr's GVW rating on 3-axle units
- Up to and including 78,000 lbs/35 381 kgs mfr's GVW rating on 4-axle units
- Up to and including 90 000 lbs/40 824 kgs mfr's GVW rating on 5-axle units

## Category 4 Applications—Severe Service

- Up to 40% off highway
- Up to and including 58,000 lbs/26 309 kgs mfr's GVW rating on [illegible]-axle units
- Up to and including 79 000 lbs/35 381 kgs mfr's GVW rating on [illegible]-axle units
- Up to and including 86,000 lbs/39 010 kgs mfr's GVW rating on 4-axle units
- Up to and including 98 000 lbs/44 453 kgs mfr's GVW rating on 5-axle units

# Freightliner New Vehicle Warranty

| OFF-HIGHWAY | 1 Year or 31,000 mi/ 50 000 km | 1 Year or 62,000 mi/ 100 000 km |
|---|---|---|
| **Basic Vehicle Warranty**<br>Unless excluded elsewhere in the warranty or described as having longer time time and distance limitations, all components of the basic vehicle are covered under the basic vehicle time and distance limitations. Includes: drivelines and U-joints. | | |
| **Drivetrain Components**<br>Includes transmission (excluding Allison transmissions); drive axles (differential assemblies, axle shafts and axle housings), steering axle (beam, spindles, kingpins and kingpin bearings), and steering arm. Excluded: drivelines and U-joints. | | |

10/05/95

OFF-HIGHWAY

## Category 5 Applications—Off-Highway

- In excess of 40% off highway (requires special approval on a case-by-case basis by Freightliner sales application)
- In excess of 58 000 lbs/26 309 kgs min. GCW rating on 2-axle units
- In excess of 78 000 lbs/35 381 kgs min. GCW rating on 3-axle units
- In excess of 86 000 lbs/39 010 kgs min. GCW rating on 4-axle units
- In excess of 98 000 lbs/44 453 kgs min. GCW rating on 5-axle units

BUSINESS CLASS

# Freightliner New Vehicle Warranty

| BUSINESS CLASS (INCLUDES ALL-WHEEL DRIVE) | 1 Year or 12,000 mi/ 19 000 km | 2 Years Unlimited | 2 Years or 100,000 mi/ 161 000 km | 3 Years or 100,000 mi/ 161 000 km | 5 Years Unlimited | 5 Years or 100,000 mi/ 161 000 km |
|---|---|---|---|---|---|---|

**Basic Vehicle Warranty**

Unless excluded elsewhere in the warranty or described as having longer time and distance limitations, all components of the basic vehicle are covered under the basic vehicle time and distance limitations. Includes: drivelines and U-joints. Batteries are warranted for 1 year or 100,000 miles/161 000 km and prorated for parts only for months 13–36.

**Engine: Mercedes–Benz***

**Engine: Cummins***
**B Series (B5.9)**
**C Series (6C8.3) 225 hp and under**

**Engine: Cummins***
**C Series (6C8.3) over 225 hp**

**Engine: Cummins***
**B & C Series (Fire Truck or Crash Truck Application only)**

**Engine: Dodge Magnum***

**Drivetrain Components**

Includes transmission (excluding Allison and Chrysler transmissions); drive axles (differential assemblies, axle shafts and axle housings); steering axle (beam, spindles, kingpins and kingpin bearings); steering arm and transfer case on all-wheel drives. Excluded: drivelines and U-joints.

**Transmission: Chrysler**

**Cab Structure and Sheet Metal (Conventional Hoods)**

Includes cab structural components and sheet metal panels.

**Cab Corrosion**

Warranted against rust-through or perforation due to corrosion from within. Excluded: surface rust caused by chips or scratches in the paint

**Frame Rails and Crossmembers**

Includes frame rails, attaching crossmembers and gussets due to breaking or cracking.

* Engine coverage includes cylinder head, cylinder block, all internal engine parts, water pump, fuel injection pump, turbocharger and intake manifold.

07/01/96 f040203c

## Freightliner New Vehicle Limited Warranty

Freightliner warrants that each new Freightliner vehicle (truck, tractor, or glider kit), with the exception of certain excluded components and parts, will be manufactured to the specifications agreed upon and will be free from defects in material and workmanship which appear under normal use and service, subject to different time and distance limitations for specific components and parts as set fourth in the previous graph.

**This warranty does not apply to engines (with th exception of the Mercedes-Benz and Cummins B & C), Allison transmissions, tires, or other components or parts which are not manufactured by Freightliner and which are warranted directly by their respective manufacturers, or to routine maintenance requirements as described in this book. With respect to the foregoing, Freightliner makes no warranty whether express, implied, statutory or otherwise including, but not limited to, any warranty of merchantability or fitness for purpose.**

Purchaser must notify Freightliner, within the applicable warranty period, of any failure of the vehicle to comply with this limited warranty and Purchaser must, at Purchaser's expense, promptly return the vehicle, component or part to an authorized Freightliner dealer for inspection of any defect in material or workmanship occurring within the applicable time or distance limits.

Freightliner's sole obligation shall be the repair or replacement, at Freightliner's option, of any defective component or part thereof. All components and parts are covered by the Basic Vehicle Warranty unless specifically covered by other descriptions, or otherwise excluded herein. Such repair or replacement shall be without cost to Purchaser when performed within the time or distance limits, whichever occurs first.

On expiration of Freightliner's obligation for the cost of parts and labor in accordance with the time and distance limits stated herein, all liabilities of Freightliner to Purchaser under this limited warranty shall terminate. **Warranty repairs do not constitute an extension of the original warranty period for the vehicle or for any specific component or part.**

**The foregoing limited warranty is exclusive and in lieu of all other warranties whether written, oral or implied including, but not limited to any warranty of merchantability or fitness for purpose.**

**This limited warranty specifically excludes any other warranties or conditions provided for by law, whether statutory or otherwise.**

**This limited warranty shall be void, and Freightliner shall not be obligated to repair or replace any component or part, where the necessity of such replacement or repair, in Freightliner's opinion, is**

**due in whole or in part to loads in excess of stated factory rated capacities, improper maintenance or service, modification or alteration, accident, or other misuse or abuse of the vehicle.**

**The vehicle must be maintained and serviced according to the prescribed schedules outlined in the applicable Freightliner maintenance and driver's manuals. Receipted bills or other evidence that required maintenance and service have been performed may be required by Freightliner as a condition of this warranty.**

To the extent any provision of this warranty contravenes the law of any jurisdiction, such provision shall be inapplicable in such jurisdiction, and the remainder of the warranty shall not be affected.

## Purchaser's Exclusive Remedy

The foregoing limited warranty shall be the Purchaser's sole and exclusive remedy against Freightliner, whether in contract, under statute (including statutory provisions as to conditions as to quality or fitness for any particular purpose of goods supplied pursuant to the contract of sales), warranty, tort, strict liability or any other legal theory.

## Limitation on Liability

Freightliner's liability to a Purchaser on any claim for loss or damage arising out of, connected with, or resulting from the contract or sale, or the performance or breach thereof, or from the design, manufacture, sale, delivery, service, repair or use of any vehicle manufactured by Freightliner, shall not exceed the price to Purchaser allocable to the part of such vehicle which gives rise to the claim, and in no event shall it exceed the purchase price of the vehicle. **In no event shall Freightliner be liable for special or consequential damages including, but not limited to, injuries to persons or damage to property, loss of profits or anticipated profits, or loss of vehicle use.**

# Exceptions to Normal Warranty Guidelines

## Engine

With the exception of the Mercedes-Benz and Cummins B & C engines, engines and engine accessories are warranted **only** by the engine manufacturer. For engine warranty or service, contact specific engine manufacturer's authorized sales and service facility.

## Engine Accessories

### Air Compressors

*Detroit Diesel Engines*: Any failure to air compressors installed by Detroit Diesel should be filed through their distributors.

*Cummins Engines*: Cummins air compressor claims must be filed with Cummins. Midland and Bendix compressors installed by Cummins are covered by Cummins for installation workmanship only. File these claims directly to Cummins. Any failure caused by material defect or assembly of the air compressor should be filed through Freightliner.

*Caterpillar Engines*: Any failure of air compressors installed by Caterpillar should be filed through their distributors.

### Engine Brakes

*Detroit Diesel Engines*: Detroit Diesel engine brake claims must be filed through their distributors.

All other engine brakes that were factory installed by Detroit Diesel are covered by Detroit Diesel warranty for installation workmanship only. Any failure caused by material defect or assembly of the engine brake should be filed through Freightliner.

*Cummins Engines*: Cummins C brake claims must be filed through their distributors.

All other engine brakes that were factory installed by Cummins are covered by Cummins warranty for installation workmanship only. Any failure caused by material defect or assembly of the engine brake should be filed through Freightliner.

*Caterpillar Engines*: Engine brakes that were factory installed by Caterpillar are covered by Caterpillar warranty for installation workmanship only. Any failure caused by material defect or assembly of the engine brake should be filed through Freightliner.

## Allison Transmissions

For Allison transmission warranty or service contact your Allison Distributor.

### Tires

Warranty on the original tires is provided by the tire manufacturer.

### Fifth Wheels

Adjustment of the locking mechanism, slice locking plungers, and the repair or replacement of lock guards are considered routine maintenance.

## Exclusions from Warranty

### Normal Maintenance

Routine maintenance services and adjustments as defined in the applicable Freightliner maintenance and driver's manuals, are excluded from warranty. The tightening of fasteners, fittings, hose clamps, and electrical connectors which are loosened by normal operation of the vehicle is considered to be normal maintenance; however, a courtesy warranty will be granted for the tightening of these items up to 25,000 miles/ 40 500 kilometers or the M1 service interval, whichever is greater. Please refer to these manuals for the required maintenance and service intervals.

### Consumable Parts

Parts that are subject to consumption during their normal service life and are routinely replaced during normal maintenance service are not covered under warranty. Items included, but not limited to:

- Belts
- Brake linings
- Circuit breakers
- Clutch brake
- Clutch linings
- Data logger batteries
- Filters: fuel, air, oil, water and desiccant cartridges
- Floor mats
- Fluorescent ballast and tubes
- Fuses
- Light bulbs and non-reusable sealed light assemblies
- Mud flaps
- Receiver-dryer filter
- Wiper blades

## Glass

Glass and lens breakage and scratches are not covered by warranty.

Claims for glass stress cracking must have a pre-warranty FSA number in the "FSDOC" field.

## Damages

Damages caused by accidents, negligence, abuse, misuse, improper operations, improper or insufficient maintenance services, road hazards, chemical stains, storage or transport, operation at excessive speeds, and loading beyond rated load capacities are not covered by warranty.

## Axle/Wheel Alignment/Balancing

Balancing of tires/wheels and adjustments to camber are not warrantable. Alignment of axles and wheels including thrust angles, caster, and toe settings are warrantable if found to be out of Freightliner's specifications prior to, or during in-service of the vehicle. Before and after alignment readings must be provided with each warranty claim to verify that the vehicle is not within Freightliner's specifications.

## Upholstery and Floor Mats

Repair or replacement of upholstery or floor mats caused by normal wear or abuse are not covered under warranty.

## Refrigerators (Freightliner Factory-Installed Only)

Warranty on the refrigerator and refrigerator accessories is provided by the refrigerator manufacturer.

Repairs for Norcold refrigerators must be performed by a qualified service center. For your nearest qualified service center, contact Norcold at (800) 323-1024.

A Freightliner claim can be submitted for the removal and re-installation of the refrigerator. Also, any freight costs associated with shipping to an authorized repair facility and a $25 administration fee will be paid by Freightliner. Indicate the $25 fee in the sublet field on each claim submitted for refrigerators.

## Miscellaneous Expenses

Premium charges and work not directly related to the repair or replacement of a warrantable part will not be covered under warranty. Some examples include:

- State, provincial, and local taxes
- Road tests
- Dynamometer testing
- Travel expenses
- Road service/calls; towing
- Loss of revenue
- Customer and overtime labor
- Downtime
- Driver's expenses

- Cost of rental equipment
- Loss of perishable cargo
- Shop supplies
- Communication charges
- Repair or replacement of optional items not sold or installed by Freightliner

## Modifications to Original Equipment

Freightliner neither approves nor disapproves and does not warrant, vehicle component or chassis modifications or equipment installations, arranged by dealers or customers, since Freightliner has no control over the work being performed by the various vehicle body/equipment builders.

Freightliner is unable to accept extra time to remove body builder installed items to work on a warrantable repair unless Freightliner Corporation sells the complete chassis/body/equipment as a package.

**If dealers or customers have any vehicle modifications or equipment installations performed, to the extent these modifications or equipment installations adversely affect other vehicle components or vehicle performance, Freightliner shall not accept any product liability or claims under the terms of the vehicle warranty. These claims become the sole responsibility of the person performing the modifications or equipment installations.**

## Transfer of Warranty

When a used Freightliner vehicle is purchased prior to the expiration of the original warranty, the new owner is entitled to the remaining portion of the warranty. To ensure the owner receives proper warranty recognition, complete the "Notice of Purchase of Used Truck" coupon at the back of this book and mail to the Freightliner Warranty Department.

## Change of Customer Registration Information

To ensure Freightliner's continued ability to reach the owner with recall campaigns or field service modification information, it is imperative that the change of address notice be completed and mailed to the Freightliner Warranty Department when a customer has moved to a new address.

## Product Improvement

Freightliner reserves the right to make product improvements or changes at any time, without incurring any obligation to make such changes or improvements to any other vehicle.

## Owner's Warranty Responsibilities

It is the owner's responsibility to ensure the vehicle is maintained as outlined in the applicable Freightliner maintenance and driver's manuals. It is important the new owner becomes familiar with the contents of this book. When the customer first receives the vehicle, this book should be reviewed by the dealer page by page with the customer.

# Mercedes-Benz Emission Control System Warranty—Business Class

The emission warranty coverage for the Mercedes-Benz engine is 5 years or 100,000 miles/161 000 kilometers, whichever occurs first. Refer to table for component coverage. For complete emission control system warranty coverage and explanations, please refer to the engine manufacturer's guide.

| Component Coverage | California Vehicle Manufacturing from 1991 to Present | Coverages Required by EPA 1991 to Present |
|---|---|---|
| **Fuel Injection System** | | |
| Fuel Injection Pump: | | |
| Mechanical Damage (internal only) | Y | Y |
| Adjustment of Injection Quantity | Y | Y |
| External Leaks | N | N |
| Injection Nozzles: | | |
| Adjustment of Opening Pressure | Y | Y |
| External Leaks | N | N |
| **Fuel System** | | |
| Transfer Pump (maintenance only) | N | N |
| Fuel Filters (maintenance only) | N | N |
| **Air Induction System** | | |
| Air Filter (maintenance only) | N | N |
| Turbocharger (if applicable): | | |
| Mechanical Damage or Malfunction | Y | Y |
| Charge Air Cooler (aftercooler) | Y | Y |
| Intake Manifold | Y | N |
| **Exhaust System** | | |
| Exhaust Manifold | Y | N |
| Catalyst—Muffler Unit (if equipped) | Y | Y |

## Change of Address Notice

## Notice of Purchase of Used Truck

☐ Change of address notice.

☐ Notice of purchase of used truck. I purchased the truck on: ____ month ____ day ____ year

Model: ____________ Serial Number: ____________

Name: ____________
(Print or Type - Last Name, First Name, Middle Initial)

Address: ____________

City, State/Province: ____________ Zip/Postal Code: ____________
(be sure to include)

Old Address (if this is a change of address notice)

____________
(Street Address, City, State/Province and Zip/Postal Code)

Signature: ____________ Date: ____________

## Change of Address Notice

## Notice of Purchase of Used Truck

☐ Change of address notice.

☐ Notice of purchase of used truck. I purchased the truck on: ____ month ____ day ____ year

Model ____________ Serial Number: ____________

Name: ____________
(Print or Type Last Name, First Name, Middle Initial)

Address: ____________

City, State/Province: ____________ Zip/Postal Code: ____________
(be sure to include)

Old Address (if this is a change of address notice)

(Street Address, City, State/Province, and Zip/Postal Code)

Signature: ____________ Date ____________

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO A 324 PORTLAND, OR

POSTAGE WILL BE PAID BY ADDRESSEE

WARRANTY/RECALL DEPT.
FREIGHTLINER CORPORATION
PO BOX 4090
PORTLAND OR 97208-9942

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

BUSINESS REPLY MAIL

FIRST CLASS MAIL PERMIT NO A 324 PORTLAND, OR

POSTAGE WILL BE PAID BY ADDRESSEE

WARRANTY/RECALL DEPT.
FREIGHTLINER CORPORATION
PO BOX 4090
PORTLAND OR 97208-9942

 COMPONENT INFORMATION

USE VEHICLE ID NUMBER WHEN ORDERING PARTS.

Owner's Name:

Address:

City, State/Province:

Zip/Postal Code:

In-Service Date:

| | | | |
|---|---|---|---|
| MANUFACTURED BY | FREIGHTLINER CORPORATION MT. HOLLY, NORTH CAROLINA | | |
| MODEL | N1530425 BASE MODEL FL60 | DATE OF MFR. | 07/98 |
| VEHICLE ID NO. | 1FV3GJBC1XH951281 CUSTOMER: N54691 | WHEELBASE | 204 |
| ENGINE MODEL | CFE-275 275 HP @ 2200 RPM, 2400 GOV RPM | ENGINE NO | 7AS20589 |
| TRANS MODEL MAIN | ALLISON MD-3060P AUTOMATIC TRANSMISSION | TRANS NO. | 6510164857 |
| FRONT AXLE MODEL | MERITOR FC-941 FRONT AXLE @ 8,000# | FRT AXLE NO. | AVF98130369 |
| 1ST INT AXLE MODEL | | 1ST INT AXLE NO. | |
| 2ND INT AXLE MODEL | | 2ND INT AXLE NO. | |
| 3RD INT AXLE MODEL | | 3RD INT AXLE NO. | |
| 4TH INT AXLE MODEL | | 4TH INT AXLE NO. | |
| 5TH INT AXLE MODEL | | 5TH INT AXLE NO. | |
| REAR AXLE MODEL | MERITOR RS-15-120 REAR AXLE @ 15,000# | REAR AXLE NO. | AVA98142576 |
| PAINT MFR. | | RATIO | 4 10 |
| PAINT NO. | CAB COLOR A N0010H WHITE IMRON | | |

FOR COMPLETE PAINT INFORMATION SEE VEHICLE SPECIFICATION SHEET

L PART NO. 24-00617-010 REV E

KEEP IN VEHICLE AT ALL TIMES

WAR169 (8/97PF)
Printed in U.S.A.
First Printing 30M

A24–00589–000

PETERSON & MYERS, P.A.
ATTORNEYS AT LAW

J. HARDIN PETERSON SR. (1894-1979)
MICHAEL W. CREWS (1941-1991)

M. DAVID ALEXANDER, III
PHILIP D. ALLEN
GREGORY K. ATKINSON
JACK P. BRANDON
DEBRA L. CLINE
J. DAVIS CONNOR
ROY A. CRAIG JR.
CLINTON A. CURTIS
BEN H. DARBY JR
JACOB C. DYKXHOORN
JOSEPH A. GEARY
CHRISTY F. HARRIS
JOHN D. HOPPE

P.O. BOX 2451
LAKELAND, FLORIDA 33806-2451

2012 SOUTH FLORIDA AVENUE
LAKELAND, FLORIDA 33803
(863) 683-7567
FAX (863) 688-8099

DENNIS P. JOHNSON
KRISTEN B. KIEFFER
KEVIN C. KNOWLTON
DOUGLAS A. LOCKWOOD II
WILLIAM M. MIDYETTE, III
DAVID A. MILLER
CORNEAL B. MYERS
E. BLAKE PAUL
ROBERT E. PUTERBAUGH
THOMAS B. PUTNAM JR
DEBORAH A. RUSTER
STEPHEN R. SENN
ANDREA TEVES SMITH
KEITH H. WADSWORTH
KERRY M. WILSON

LAKELAND-MAIN ST
(863) 683-6511 OR
(863) 676-6934
FAX (863) 682-8031

LAKE WALES
(863) 676-7611 OR
(863) 683-8942
FAX (863) 676-0643

WINTER HAVEN
(863) 294-3360
FAX (863) 299-5498

**Transmitted Via "UPS"**

January 24, 2001

Stoops Freightliner f/k/a Western
Ohio Freightliner
7800 Center Point 70 Blvd.
Dayton, Ohio 45424
Attention: Randy Pennington

Re: 1999 FL60 Freightliner – VIN No. 1FU3GJBC1XH951281
Purchasers: John W. and Margaret J. Bland

Dear Mr. Pennington:

I represent Mr. and Mrs. Bland, and am writing regarding the purchase of the above identified vehicle, and the numerous unresolved problems they have experienced with the vehicle since it was put in service on April 19, 1999.

As evidenced by the attached copies of invoices, Mr. Bland has encountered many mechanical problems with his new Freightliner truck. These problems have left him stranded several times, and have resulted in down-time which ultimately resulted in lost income, and additional, unnecessary expenses for lodging and on the road repairs. Mr. Bland has been extremely tolerant with the attempts to address and repair the mechanical problems however, it has now become quite clear that the problems have not been taken care of, and according to the Freightliner dealership in Tampa, Florida, they have exhausted their attempts to remedy the problems. I might add that the problems have been addressed with the service manager, as well as the district manager, and at this time, it appears that return calls from the district manager are not forthcoming.

After much deliberation, my clients have elected to revoke acceptance of the vehicle, for breach of contract, breach of warranty, and as non-conforming in quality to a new vehicle, pursuant to Uniform Commercial Code, Fla. Stat., Chapter 672. In that regard, my client is delivering the keys to the vehicle, along with a copy of this correspondence to the Tampa Freightliner dealer, as agent for Freightliner, with additional copies as noted below.

Additionally, the damages incurred as a result of the vehicle's problems consist of the initial down payment submitted by my clients, lost net income from downtime, the unpaid balance on the financing of the vehicle, that is continuing to be paid by my clients, and out of pocket expenses incurred for repairs and lodging. A schedule of these damages, to date, is attached hereto. Mr. and Mrs. Bland demand to be restored to their original position, by a payoff of the loan on the vehicle, and prompt reimbursement of their out of pocket damages and lost income, plus statutory interest.

Please contact me upon your receipt of this correspondence to discuss the details regarding a "make-whole" resolution for my clients. Clearly, they did not get what they reasonably bargained for in a new, Freightliner vehicle. I look forward to hearing from you within 10 days of the date of this letter.

Sincerely,

Peterson & Myers, P.A.

By: [signature]
Christy F. Harris, Esquire

CFH:yrh
Enclosures (as stated)
pc: Mr. and Mrs. John W. Bland
Freightliner Corporation
Caterpillar Inc., Engine Division
Allison Transmission
Venture Unlimited, Attn.: Randy Pennington

F:\yolanda\Correspondence\Bland ltr.doc

Schedule of Damages

| | |
|---|---|
| Vehicle payoff as of 01/24/01<br>($21.11 per diem) | $ 85,693.96 |
| Initial down payment | 9,882.00 |
| Lost net income due to breakdowns<br>(on the road) | 7,040.00 |
| Expenses | 7,733.50 |
| Lost income – see attached letter from Eagle Auto Relocators regarding lost gross income (less average daily expense associated with hauling – 37 days at $110.00) (in shop) | 19,030.00 |